UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-                                    Case No. 5:11-cr-15-Oc-22TBS

DANNY HERNANDEZ,

    Defendant.
_____/

## ORDER

After due consideration, the Application for Issuance of Subpoena to Produce Documents, Information, Records or Objects in a Criminal Case (Doc. 38) is GRANTED provided, however, the requested subpoena shall not issue until defense counsel completes the proposed subpoena by furnishing the Clerk the return day and time.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 19th day of September, 2011.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:    Counsel of Record
                 United States Pretrial Services